IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGH A. HAWKINS, ) | CASE NO. 8:07-CV-368 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER FOR** |
| ) | **EXTENSION OF TIME** |
| RANDY INSERRA; CITIGROUP GLOBAL ) | |
| MARKETS, INC. d/b/a SMITH BARNEY; ) | |
| KEITH FEILMEIER AND GABRIEL ) | |
| TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Defendants. ) | |

PURSUANT TO Plaintiff and Defendants' Joint Motion For Extension of Time and agreement by and between the parties hereto, and the Court being fully advised in the premises,

IT IS ORDERED that the motion [51] is granted, and the parties are given until and including January 7, 2008 to file their Rule 26(f) Planning Conference Report.

DATED November 21, 2007.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge