IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGH A. HAWKINS, ) | CASE NO. 8:07CV368 |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| RANDY INSERRA, CITIGROUP ) | |
| GLOBAL MARKETS, KEITH ) | |
| FEILMEIER, and GABRIEL ) | |
| TECHNOLOGIES, Corporation, ) | |
| ) | |
| Defendants. ) | |

Having reviewed the motion filed by Defendant Citigroup Global Markets, Inc., (hereafter "Smith Barney"),

IT IS ORDERED:

1. The unopposed Motion for Extension of Time to File Reply Brief (Filing No. 58) is granted; and

2. Smith Barney shall file a reply brief in support of its motion to dismiss on or before December 17, 2007.

DATED this 5th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge