# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HUGH HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:07CV368** |
| **RANDY INSERRA; CITIGROUP** | ) | |
| **GLOBAL MARKETS INC. d/b/a SMITH** | ) | **ORDER** |
| **BARNEY; KEITH FEILMEIER and** | ) | |
| **GABRIEL TECHNOLOGIES CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter before the Court on the Unopposed Amended Motion (Doc. 94) of Defendants Citigroup Global Markets Inc. d/b/a Smith Barney ("Smith Barney") and Randy Inserra seeking a stay of the case as it relates to them pending submission of settlement documents.

The Court, being duly advised in the premises, finds that the Motion should be, and hereby is, granted. This action is stayed as to Defendants Smith Barney and Randy Inserra until and including **May 1, 2009** to allow them to file the appropriate settlement documents with the Court.

**IT IS SO ORDERED.**

DATED April 17, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**