## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUGH A. HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV368 |
| vs. | ) | |
| | ) | ORDER |
| RANDY INSERRA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Joint Motion for Extension of Discovery Deadlines filed by plaintiff, Hugh A. Hawkins, and defendant, Keith Feilmeier (Doc. 106). For good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that the Joint Motion for Extension of Discovery Deadlines (Doc. 106) is granted, as follows:

1. The deposition deadline is extended to **July 31, 2009.**

2. The final pretrial conference now set for August 24, 2009 and the jury trial now set for September 15, 2009 are cancelled and will be rescheduled, if necessary, by further order.

3. Counsel for all remaining parties shall contact my chambers (402-661-7340) no later than June 23, 2009 to schedule a telephonic status conference.

**DATED June 16, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**