## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HUGH A. HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07cv368** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RANDY INSERRA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This case came before the court for a telephonic status conference.  Larry Welch, Jr. represented the plaintiff.  John Heida represented defendant Feilmeier and Clifford Lee represented defendant Gabriel Technologies.  Pursuant to the discussion held regarding progression of the case,

**IT IS ORDERED:**

1. The deposition deadline set in the court's Order [108] is extended to **August 31, 2009.**

2. A status conference is scheduled for **August 20, 2009 at 10:30 A.M.,** to be held by telephone call initiated by plaintiff's counsel.

Dated this 23rd day of June 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge