## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUGH A. HAWKINS, | ) | CASE NO. 8:07CV368 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF |
| | ) | REFERENCE |
| KEITH FEILMEIER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Suggestion of Bankruptcy filed by Attorney Trinh P. Tran on behalf of Defendant Keith Feilmeier (Filing No. 135).  The Suggestion of Bankruptcy states that the Defendant filed a petition for relief under Title 11 of the United States Code in the Unites States Bankruptcy Court for the District of Nebraska. (Filing No. 135, Bankruptcy Case No. 10-80147).  Section 362(a) of Title 11 of the Unites States Code provides that "a petition filed under section 301 . . . of this title . . . operates as a stay, applicable to all entities, of– (1) the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor . . . ."

Pursuant to NEGenR 1.5(a)(1), "Upon the . . . notification that a party to a civil case is a debtor in a bankruptcy case, the entire case will be referred to the bankruptcy court of this district for further action."  All other defendants have been otherwise terminated in this case.  Thus, the Court refers the entire case to the United States Bankruptcy Court for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1.    The Suggestion of Bankruptcy (Filing No. 135) is judicially noted, and pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.      This case shall be terminated for statistical purposes by the Clerk of the

Court for the District of Nebraska; and

3.      The Clerk of the Court for the District of Nebraska shall transmit the court file

to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 29th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2